UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARRYL MCGORE,

       Plaintiff,

Case No. 1:17-cv-896

v.

Honorable Paul L. Maloney

TONY TIERWEILER et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  December 21, 2017         /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge